**Order filed September 18, 2014.**



In The

# Fourteenth Court of Appeals

———————

NO. 14-14-00685-CV

———————

**DEBORAH LEWIS, Appellant**

**V.**

**BRANT ROCK APARTMENTS, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1043913**

---

# O R D E R

According to information provided to this court, this is an attempted appeal from an interlocutory order for possession of property signed August 11, 2014. The notice of appeal was filed August 12, 2014. To date, the filing fee of $195.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

It appears that no final judgment has been signed. The appeal is subject to dismissal for want of jurisdiction unless appellant files a response on or before

**September 30, 2014**, demonstrating that this court has jurisdiction over this appeal. Appellant is also ordered to pay the filing fee in the amount of $195.00 to the Clerk of this court on or before **September 30, 2014.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM